UNITED STATES DISTRICT COURT *Part 2 Courthouse building Boston. Massachusetts*

*Mazzeo Unum etc. The General Public etal* Plaintiff(s)      Civil Case No.:

vs.

*Defendants:*

*Central Berkshire District Court*

. COMPLAINT FOR
EMPLOYMENT
DISCRIMINATION
BASED UPON AGE

Defendant(s)

*Wendell Ave. Pittsfield Massachusetts 01201*

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1.      Jurisdiction is conferred on this court pursuant to 29 U.S.C. §§ 626 (c)(1). If the plaintiff is a <u>federal</u> employee, jurisdiction is conferred on this court pursuant to 29 U.S.C. § 633a(c).

## PARTIES

*Mazzeo Unum. etal*

2.    a.    Plaintiff:

Address:    *1700 Luzerne St Scranton Pennsylvania 18504*

b.    Plaintiff: *United States Department of Justice*

Address:    *Post Office Box 66738 Washington District of Columbia 20035*

*vvvvvv (6v)(3^) USDJ.gov*

Additional Plaintiffs may be added on a separate sheet of paper.

FORM E(1)(c).1



3.  a.  Defendant: United States Dept of Education
    Official Position: Education, Academic, Scholastic
    Address: 400 Maryland Ave South West
    Washington District of Columbia
    (800) 872-5327

District Court Dept
    b.  Defendant: Southern Berkshire District Court
    Official Position: Trial Court of Massachusett
    Address: 9 Gilmore Ave.
    Great Barrington Massachusetts
    (413) 528-3520          01230

    c.  Defendant: Supreme Court of the State of New York
    Official Position: Department of Justice
    Address: 16 Eagle and Columbia Street
    Albany New York 12207
    (518) 285-8989

Additional defendants may be added on a separate sheet of paper.
    Also Exhibit B IV threw H IV

4.  My disability is as follows:
1) National federation of the blind 1800 Johnson Street
baltimore maryland 21230. (410) 659-9314
2) American council of the blind 1155 15th
street NW WDC 20005 (202) 467-5081
3) American foundation for the blind 820 1st St
NE, WDC 20002 (202) 408-0200
Exhibit AI Massachusetts District Court
Exhibit BI a Neurosurgical Narrative 11/7/2000 Dr.
See page 3. and AIa from Northeast Medical Associates from am
off. Zucco photo. FORM E(1)(d).2 no significant eye Δ 11/2/2009
Neuro surgeon x
off. Balestro photo. " , "
off. Kelly Zuccophot significant eye Δ 8/17/2009
stung by Hornets

5.    The conduct complained of in this action involves:
(Check all that apply)

(A) ✓    Failure to employ.

(B) ✓    Termination of employment.

(C) ✓    Denial of participation in public service or program.

(D) ✓    Failure to make alterations to accommodate disability.

(E) ✓    Retaliation.

(F) ✓    Other acts as specified below:

*Exhibit A IV*

*A Black Man @ D.C. Bar Association*

*Request by the District of Columbia Bar Association "Bread for the City" on February 14th 2004. Advice, Referral Clinic. Now Exhibit A-II Working Woman Legal Survival Guide by Steven Mitchell Sdek's Devoted to Employment Attorney @ Law Barrister Legal Law Representation Chapters 1 threw 10. List of Women Organizations*

6.    **FACTS**

On the following page, set forth the facts of your case which substantiate your claim of discrimination.  List the events in the order they happened, naming defendants involved, dates and places.

Note: Each fact should be stated in a separate paragraph; paragraphs should be numbered sequentially.

You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.

You may use additional sheets as necessary.

*Please see exhibit A IV threw H.-IV then Exhibit F F-I a Supreme Court Case. State of NY Index 2114 2010. Plus medical Terms exhibit E I, et al Exhibit D I case 2014 # 1754 defendants Dept of Justice Exhibit C I - B I - A I. Exhibit A VII threw H H VII; Exhibit C VII hand written notes and Common Wealth of Virginia DOH professionals' Medical and Surgical License FORM E (1) (d) .3 Then falsified history with NYSID 05282884N entries, 1 threw 7. Untrue information, made in the minds of the defendants.*

Exhibit D. VII Anxiety Disorder Traumatic Stress Disorder. Exhibit E VII Diagnostic criteria Coding note for Reading, mathematics, and written. Not mentioned in Axis III. Then exhibit F VII development coordination Coding note AXIS III Not mentioned. Again in exhibit F VII Next 2016 case # 983 defendant Social Security Administration. Defendant NYS Commission on Judicial Conduct. Defendant Division of Human Rits Defendant "USA" Dept of Housing and Urban Development.

PRAYER FOR RELIEF
WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

Then exhibit H. VII Cohaes City Court/City Hall. Defendants United States Dept of Housing and Urban Development 2010 - 2009 Case # 14/20. Exhibit A VIII I. - 28 pages on Case's my Legislative history. Exhibit B VIII information on defendant Freye defendant. /#648-1999, Voluntary finger prints C VIII pittsfield Massachusetts. F - 8 order appointing forensic evaluator, for Custody Proceedings Defendant International Congress on Psychiatry. and defendant American Psychological Association be

I declare under penalty of perjury that the foregoing is true and correct.

DATED:
4/5/2016

Mazzeo Unimetof The General Public et al

Signature of Plaintiff(s)
(all Plaintiffs must sign)

Diagnostic Stostic of Manual 1400 K st. WDC 20005 Then exhibit on other cases.

UNITED STATES DISTRICT COURT

*Federal Building 2 Courthouse Building Boston — Massachusetts*

*Mazzeo Unum* et al The *General Public et al* Plaintiff(s)   Civil Case No.:

VS.

**COMPLAINT PURSUANT TO THE AMERICANS WITH DISABILITIES ACT**

*Southern Berkshire District Court* Defendant(s),

*District Court Dept. 9 Gilmore Ave., Great Barrington, Massachusetts 02230*

Plaintiff(s) in the above captioned action, allege(s) as follows:

*(413) 528 - 3520*

## JURISDICTION

1.        This is a civil action seeking judgment, relief and/or damages brought pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*, as amended, for discrimination based upon a disability and the failure to accommodate same.  This Court has jurisdiction of this action pursuant to 28 U.S.C. §§ 1331 and 1343(4).

## PARTIES

2.    a.    Plaintiff:    *Mazzeo-Unum - et al the General Public*

Address:    *1700 Luzerne St. Scranton, Pennsylvania 18504*

b.    Plaintiff:    *United States Dept. of Justice*

Address:    *Post Office Box 66738 Washington, District of Columbia 20035*

*WWW (6Y) (3A) USDJ. government*

Additional plaintiffs may be added on a separate sheet of paper.

FORM E(1)(d).1

b. Defendant:

*Central Berkshire* Position: *Incarceration Education / Academic*

District Court Address: *Scholastic Achievement / Training*

*Wendell Ave. Pittsfield*   *400 Maryland Ave, South West*

*Massachusetts 01201*   *Washington District of Columbia*

*800 872 - 5372*

*United States Dept. of Education*

*Supreme Court of the State of New York*   b. Defendant: *N/A*   *Defendant: Central Berkshire*

*Dept of Justice* Position: *Incarceration*   *District Court "24"*

*16 Eagle and* Address: *Columbia St*   *Wendell Ave.*

*Albany New York / Amsterdam*   *Pitts field Massachusetts*

*12207*   *01201*

*(518) 285 - 8989*

Additional defendants may be added on a separate sheet of paper.

4. This action is brought pursuant to the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621-634(b), as amended, for employment discrimination based on age.

5. Venue is invoked pursuant to 28 U.S.C. § 1391.

6. The conduct complained of in this action involves:

(A) ✓ Failure to employ.

(B) ✓ Termination of employment.

(C) ✓ Failure to promote.

(D) ✓ Unequal terms and conditions of employment.

(E) ✓ Reduction in wages.

(F) ✓ Retaliation.

(G) ✓ Other acts as specified below:

*ADA 1990 Title I and I page 5 of 24 (8) also page 8 of 24 and page 15 of 24 sec 12203 section 503 Technical assistance. 12206 Section 506 also page 17 of 24. Wilderness Areas 12207 Section 507 of page 18 in 24, and page 20 of 24*

FORM E(1)(c).2

7.                              FACTS

Set forth the facts of your case which substantiate your claim of discrimination. List the events in the order they happened, naming defendants involved, dates and places.

Note: Each fact should be stated in a separate paragraph; paragraphs should be numbered sequentially.

You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.

32 The facts surrounding my claim of discrimination are:

page 31/ Transportation services by private entities also page 33, 34 ° Section 307, and 308 pages 35, 36. Section 310 effective date page 37. Title IV Telecommunication 37, and 38 ; Act of 1934. pages 39, 40 ; Section 502. State immunity shall not be immune 11th amend. of Constitution of USA. Uniforme Federal Standards, in accordance with the Uniform Commercial Codes Act of 1890 ; page 42 - Page 43. National Council on disability Rehabilitation Act of 1973.

Federal Rail Road Safety Act of 1860 = 1970 page 32

8.    (a)    My date of birth is:  _December 25th_  , _1959_

      (b)    My age at the time of the alleged discriminatory act was: _4 years old_

See exhibit 1V VI photo graphs .

9.    I filed charges with the ████████ State Division on Human Rights or the ████ ████████ Commission on Human Rights regarding the alleged discriminatory acts on or about:  _June / July_ , 19_99 -2001 -2010_
                                                     (Date)

10.   I filed a Notice of Intent with the Equal Employment Opportunity Commission on or about:  _June July_ , 19_99 -2001 - 2010_
                                                     (Date)

FORM E(1)(c).3

11. The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter (copy attached) which was received by me on or about:

*Exhibit D-VI Since → December,* 1964 - *2000*

*Please see enclosed information on January 13th 2006*

(Date)

12. The plaintiff is an employee within the meaning of 29 U.S.C. § 630(f).

13. The plaintiff is within the age limits as prescribed by 29 U.S.C. § 631(a).

14. The defendant(s) is (are) an employer, employment agency, or labor organization within the meaning of 29 U.S.C. § 630(b) (c) and (d).

15. The defendant(s) is (are) engaged in commerce within the meaning of 29 U.S.C. § 630(h).

16. In accordance with 29 U.S.C. § 626(d) and § 633(b), more than sixty (60) days have elapsed since filing a charge alleging unlawful discrimination with the New York State Division of Human Rights, the New York City Commission on Human Rights or the Equal Employment Opportunity Commission.

17. If plaintiff is a **federal** employee and has not filed a complaint with the Equal Employment Opportunity Commission, in accordance with 29 U.S.C. § 633a(d) a thirty (30) day Notice of Intent to File this action must been given to the Equal Employment Opportunity Commission before an action may be brought in this court.

18. PRAYER FOR RELIEF:

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

*Fair Housing Act 1968 railroad? question rgt of way Section 30 42USC 12181 page 26 section 249 page 7 IX new construction Architecturel Transportation barriers compliance*

I declare under penalty of perjury that the foregoing is true and correct.

DATED: *4/5/2016*

*Mazreo Unum*

*Mazreo Unum*

Signature of Plaintiff(s)
(all Plaintiffs must sign)

FORM E(1)(c).4