UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 16-10629-RGS

MICHAEL JOHN MAZZEO,
Plaintiff

v.

CENTRAL BERKSHIRE DISTRICT COURT, et al.,
Defendants

ORDER ON REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

June 2, 2016

STEARNS, D.J.

I agree with Magistrate Judge Kelley's thorough and comprehensive Report and I <u>ADOPT</u> her Recommendation[1]   The Complaint is <u>DISMISSED</u> for failure to state a claim upon which relief may be granted.   Based on the Magistrate Judge's docket research, it is <u>FURTHER</u> <u>ORDERED</u> that plaintiff show cause within twenty-one (21) days of the date of this <u>ORDER</u> why he should not be added to the court's abusive filer's list.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has chosen not to file an objection during the time allotted by the Magistrate Judge.